IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERHARD LANGGUTH**                                                     **PLAINTIFF**
**#262295**

**v.**                        **Case No. 4:24-CV-00683-LPR**

**ALLEN JONES, et al.**                                                **DEFENDANTS**

### **ORDER**

Plaintiff Gerhard Langguth filed this action *pro se*.[1] On August 28, 2024, the Court entered an Order (1) denying Mr. Langguth's incomplete request to proceed *in forma pauperis* and (2) directing him to file an Amended Complaint.[2] The Court explained that Mr. Langguth's Complaint was scantily pled, very confusing, and failed to state a claim.[3] So, the Court gave Mr. Langguth forty-five days to amend his Complaint and to file a completed application to proceed *in forma pauperis*.[4] Mr. Langguth was warned that failure to file to comply with either directive would result in the dismissal of his case.[5]

On September 4, 2024, Mr. Langguth filed a Notice reporting that officials with the Pulaski County Detention Facility had refused to assist him in completing the required documentation to proceed *in forma pauperis*.[6] To date, however, Mr. Langguth has not filed an amended complaint—and the time to do so has expired. Accordingly, for the reasons stated in the Court's August 28, 2024 Order, Mr. Langguth's Complaint (Doc. 2) is DISMISSED without prejudice for

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 3).

[3] *Id*.

[4] *Id*.

[5] *Id*.

[6] Notice (Doc. 4) at 8.

failure to state a claim.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 29th day of January 2025.

.

                                                                              _____
                                                                              LEE P. RUDOFSKY
                                                                              UNITED STATES DISTRICT JUDGE